AO 442

# United States District Court

**SEALED**

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Kingston et al**

**WARRANT FOR ARREST**

CASE NUMBER: 2:18-cr-365-002

To: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest _**Isaiah Elden Kingston**_
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information
[ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

18:1956(a)(1)(B)(i) MONEY LAUNDERING - LARCENY AND THEFT, BANK Money Laundering; 18:2 Aiding and Abetting; 21:982(a)(1) Notice of Intent to Seek Forfeiture (13)

18:1957 - BANK FRAUD Money Laundering; 18:2 Aiding and Abetting; 21:982(a)(1) Notice of Intent to Seek Forfeiture (15)

in violation of  **18:1956(a)(1)(B)(i) & 18:1957**                                           United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Julie Wierschem | August 2, 2018 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Julie Wierschem, Deputy Clerk | |

**WARRANT**

Bail fixed _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/3/18 | Jamie Hipwell | /s/ Hipwell |
| DATE OF ARREST | Special Agent | |
| 8/23/18 | | |