2605 Washington Blvd.
Ogden, UT 84401



**BANK of UTAH**
BANKING • TRUST • INVESTMENTS • HOME LOANS

## Outgoing Wire Transfer Request

DATE: 9/9/13    AMOUNT: $4,000,000.00    REFERENCE NUMBER: ▮▮▮▮
TRANSACTION DATE: 09/09/2013

**WIRE FROM / ORIGINATING PARTY**
ACCT #: ▮▮▮▮
ACCT NAME: WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT 84330-0192

*10.7M*

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME: JPMCHASE

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID: TCZBTR2A
BANK NAME: ZIRAAT BANK
CELIKTEPE BRANCH CODE 2098

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT: ▮▮▮▮
ACCT NAME: KOMAK ISI YALITIM SISTAMLERI SANAYI
TURKEY

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary):  9-9-13
(BBI – Bank to Bank Info):    FULL BNF NAME: KOMAK ISI YALITIM SI STAMLERI SANAYI VE TICARET LTD. STI

(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

Authorized Signature                                    Date

Authorized Name (please print)                          Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification: **Isaiah**

Bank Personnel Signature                                Date                    Phone

Authorized by                                           Verified by

**** CONFIDENTIAL ****

BofU Wire Approvals.pdf  117

**Exhibit H**

2605 Washington Blvd.
Ogden, UT 84401



## Outgoing Wire Transfer Request

DATE: 9/9/13     AMOUNT: $5,000,000.00            REFERENCE NUMBER: 20132520003800
TRANSACTION DATE: 09/09/2013

**WIRE FROM / ORIGINATING PARTY**
ACCT #:
ACCT NAME:  WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT  84330-0192

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME:  JPMCHASE

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID:  TCZBTR2A
BANK NAME:  ZIRAAT BANK
CELIKTEPE BRANCH CODE 2098

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT:
ACCT NAME:  KOMAK ISI YALITIM SISTAMLERI SANAYI
TURKEY

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary):    9-9-13
(BBI – Bank to Bank Info):        FULL BNF NAME: KOMAK ISI YALITIM SI STAMLERI SANAYI VE TICARET LTD. STI

(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

_____                _____
Authorized Signature                         Date

_____                _____
Authorized Name (please print)                Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification: _____ Isaiah _____

_____                _____
Bank Personnel Signature                     Date                         Phone

_____                _____
Authorized by                                Verified by

**** C O N F I D E N T I A L ****



M (801)656-9044 Cell
O (435)866-2292

**BANK of UTAH**
BANKING • TRUST • INVESTMENTS • HOME LOANS

2605 Washington Blvd.
Ogden, UT 84401

## Outgoing Wire Transfer Request

DATE: 11/13/13   AMOUNT: $10,000,000.00   REFERENCE NUMBER: ▒▒▒▒
TRANSACTION DATE: 11/13/2013

**WIRE FROM / ORIGINATING PARTY**
ACCT #: ▒▒▒▒
ACCT NAME: WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT 84330-0192

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME: JPMCHASE

36,426,499.50  — see attached
U.S. Treasury Check -
33,581,849.00  11/12/13

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID: TGBATRIS
BANK NAME: TURKIYE GARANTI BANKASI A.S.
BRANCH NAME: HALASKARGAZI SUBESI
BRANCH NO: 701

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT: ▒▒▒▒
ACCT NAME: SBK HOLDING

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary):   STOCK PRICE PAYMENT
(BBI – Bank to Bank Info):   ACCOUNT
(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

_____    _____
Authorized Signature         Date

_____    _____
Authorized Name (please print)   Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.
Name and number of person called for verification: *email and Iseriah Kingston - verbal request - wire agreement*

*JOrme*
Bank Personnel Signature      Date           Phone

Authorized by                 Verified by
X _Dougls L DeJuis_           X _____

**** C O N F I D E N T I A L ****

**BANK of UTAH**
BANKING • TRUST • INVESTMENTS • HOME LOANS

2605 Washington Blvd.
Ogden, UT 84401

## Outgoing Wire Transfer Request

DATE: 12/31/13    AMOUNT: $13,000,000.00    REFERENCE NUMBER: ▇▇▇
TRANSACTION DATE: 12/31/2013

**WIRE FROM / ORIGINATING PARTY**
ACCT #: ▇▇▇
ACCT NAME: WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT 84330-0192

*34,967,515.50*

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME: JPMCHASE

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID: TCZBTR2A
BANK NAME: ZIRAAT BANK
CELIKTEPE BRANCH CODE 2098

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT: ▇▇▇
ACCT NAME: KOMAK ISI YALITIM SISTAMLERI SANAYI
TURKEY

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary): FULL BNF NAME: KOMAK ISI YALITIM SI
STAMLERI SANAYI VE TICARET LTD. STI
12/30/2013
(BBI – Bank to Bank Info):
(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

_____    _____
Authorized Signature         Date

_____    _____
Authorized Name (please print)    Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification: *Isaiah*

*Colleen Hizer*    12/31/13    *J.C. [illegible]*
Bank Personnel Signature    Date    Phone

*Verbal approval Doug & Roger*    *[illegible]*
Authorized by    Verified by
*[signature]*

**** CONFIDENTIAL ****

BofU Wire Approvals.pdf 194    08/29/2018 12:56:18 PM

**From:** ufswre@gmail.com
**To:** isaiah@wrebiofuels.com
**Sent:** 1/24/2014 5:30:52 PM
**Subject:** Message from KMBT_C280
**Attachments:** SKMBT_C28014012410300.pdf

Bank of Utah
2605 Washington Blvd.
Ogden, UT 84401

Outgoing Wire - Advice of Debit
---

Date   01/14/2014

Account #      : ****4874
Amount         : $100,000.00
BOU Reference  : ██████████
Beneficiary Bank: BK OF NYC

Beneficiary    :
****█████████████
DOGA DOGAN

Beneficiary Info (OBI):   Send $50,000 From 4874
JANUARY 14, 2014

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):
20140114L1LFB97C000041

For questions regarding wires, please call 1.801.409.5165.

This message is for the sole use of the intended recipient,
and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is
prohibited.
If you are not the intended recipient, please contact the sender
by phone or fax and destroy all copies of the original message.

1



2605 Washington Blvd,
Ogden, UT 84401

## Outgoing Wire Transfer Request

DATE: 3/24/14    AMOUNT: $4,055,700.00    REFERENCE NUMBER: ▮
TRANSACTION DATE: 03/24/2014

**WIRE FROM / ORIGINATING PARTY**
ACCT #: ▮
ACCT NAME:  WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT  84330-0192

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME:  JPMCHASE

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID:  TVBATR2A
BANK NAME:  TURKIYE VAKIFLAR BANKASI T.A.O.
TURKEY

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT: ▮
ACCT NAME:  TEKNOLOJI SISTEMLERI SAN VE TIC

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary):   COMPANY SHARE
3-24-2014
(BBI – Bank to Bank Info):
(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

Authorized Signature                                  Date

Authorized Name (please print)                        Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification:  _Isaiah_

Bank Personnel Signature                              Date                Phone

Authorized by                                         Verified by

****CONFIDENTIAL****



2605 Washington Blvd.
Ogden, UT 84401

## Outgoing Wire Transfer Request

DATE: 3/24/14    AMOUNT: $5,000,000.00    REFERENCE NUMBER: ▇▇▇▇▇▇
TRANSACTION DATE: 03/24/2014

**WIRE FROM / ORIGINATING PARTY**
ACCT #: ▇▇▇▇▇▇
ACCT NAME: WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT 84330-0192

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME: JPMCHASE

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID: TVBATR2A
BANK NAME: TURKIYE VAKIFLAR BANKASI T.A.O.
TURKEY

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT: ▇▇▇▇▇▇
ACCT NAME: TEKNOLOJI SISTEMLERI SAN VE TIC

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary): CAPITAL
3-24-2014
(BBI – Bank to Bank Info):
(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

_____   _____
Authorized Signature          Date

_____   _____
Authorized Name (please print)   Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification: _____ Isaiah _____

_____   _____
Bank Personnel Signature      Date                Phone

_____   _____
Authorized by                 Verified by

**** C O N F I D E N T I A L ****



2605 Washington Blvd.
Ogden, UT 84401

## Outgoing Wire Transfer Request

DATE: 5/9/14   AMOUNT: $2,000,000.00   REFERENCE NUMBER: ▮
TRANSACTION DATE: 05/09/2014

**WIRE FROM / ORIGINATING PARTY**
ACCT #: ▮
ACCT NAME: WASHAKIE RENEWABLE ENERGY LLC
PO BOX 192
PLYMOUTH UT 84330-0192

*March*

**WIRE TO / RECEIVING BANK**
ABA #: 021000021
BANK NAME: JPMCHASE

*17+ml*

**BENEFICIARY BANK (if applicable)**
ABA / Account / BIC / PID / UID: TVBATR2A
BANK NAME: TURKIYE VAKIFLAR BANKASI T.A.O.
TURKEY

**WIRE TO / BENEFICIARY PARTY**
ACCOUNT: ▮
ACCT NAME: TEKNOLOJI SISTEMLERI SAN VE TIC

**SPECIAL INSTRUCTIONS**
(OBI – Originator to Beneficiary): CAPITAL INJECTION
(BBI – Bank to Bank Info):
(RFB – Reference for Beneficiary):

I hereby authorize Bank of Utah to charge my above referenced account for a wire transfer as identified above and agree to pay the fee for this service as specified in the Bank's current schedule of fees.

Authorized Signature                                        Date

Authorized Name (please print)                              Customer Telephone Number

I have performed the proper procedures to verify and submit this transfer request including callback procedures if applicable.

Name and number of person called for verification:  *Isaiah Kingston*

Bank Personnel Signature                                    Date           Phone

Authorized by                                               Verified by

**** C O N F I D E N T I A L ****

| | | |
|---|---|---|
| 12/9/2015 | Wire Detail Report | KING-C7-00359396 |

**WELLS FARGO**

Dec 09, 2015 04:25:33 PM ET
Customer ID: WASHAKIE
Operator ID: RACHEL
Wire Transfer

WASHAKIE RENEWABLE ENERGY, LLC
Detail Wire Transfer Activity Report
From 12/09/2015 Through 12/09/2015

## Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK UTAHN
Debit Account Name: WRE Corporate

Account Number: ███████

Debit Amount: ==2,100,000.00 USD==
Value Date: 12/09/2015
Execution Date: 12/09/2015
Credit Amount: 2,100,000.00 USD

Template Name: Freeform
Type: International
Credit Currency: USD

CEO® Tracking Number: 000000091
Fed/SWIFT Confirmation Number: N/A

Foreign Exchange Reference Number:

Transaction Reference Number:

Status: Queued

Beneficiary Account Information:
IBAN: ███████
Account Name:                    Jacob Kingston

Beneficiary Bank Information:
Bank ID:      TGBATRIS
Bank Name:    TURKIYE GARANTI BANKASI A.S.
Bank Address: NISPETIYE MAH. AYTAR CAD. NO 2
              ISTANBUL, TR
Bank Country: Turkey
Intl. Routing Code:

Form of Notification: None

Originator to Beneficiary Information:
Acct# 9085044

Originator Information:
Name:    WASHAKIE RENEWABLE ENERGY, LLC
Address: 3900 S 670 E STE 300
         SALT LAKE CITY, UT 84107 US
ID / Account Number:

Internal Reference:

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: RACHEL December 09, 2015 04:19:11 PM ET.
Verified By: ISAIAH December 09, 2015 04:23:41 PM ET
Verify-3 By:
Rejected By: N/A

Last Modified By: RACHEL December 09, 2015 04:19:11 PM ET.
Verify-2 By:
Verify-4 By:

### Total By Status

| | Total Debits USD | Total Credits USD | Total Transactions |
|---|---|---|---|
| Status: Queued | 2,100,000.00 | 0.00 | 1 |
| Grand Total: | 2,100,000.00 | 0.00 | 1 |

[ Privacy  Security & Legal ]
© Copyright 2002-2015 Wells Fargo. All rights reserved.

12/28/2015 — Wire Detail Report — KING-C7-00359556

**WELLS FARGO**

Dec 28, 2015 05:26:45 PM ET
Customer ID: WASHAKIE
Operator ID: RACHEL
Wire Transfer

WASHAKIE RENEWABLE ENERGY, LLC
Detail Wire Transfer Activity Report
From 12/28/2015 Through 12/28/2015

## Wire Transfer Activity Detail

Debit Currency: USD
Debit Bank Name: WELLS FARGO BANK UTAHN
Debit Account Name: WRE Corporate

Account Number: [redacted]

Debit Amount: **6,900,000.00 USD**
Value Date: 12/28/2015
Execution Date: 12/28/2015
Credit Amount: 6,900,000.00 USD

Template Name: Freeform
Type: International
Credit Currency: USD

CEO® Tracking Number: 000000109
Fed/SWIFT Confirmation Number: 683331

Foreign Exchange Reference Number:

Transaction Reference Number: [redacted]

Status: Confirmed

Beneficiary Account Information:
IBAN: [redacted]
Account Name: Jacob Kingston

Beneficiary Bank Information:
Bank ID:       TGBATRIS
Bank Name:     TURKIYE GARANTI BANKASI A.S.
Bank Address:  NISPETIYE MAH, AYTAR CAD, NO 2
               ISTANBUL,TR
Bank Country:  Turkey
Intl. Routing Code:

Form of Notification: None

Originator to Beneficiary Information:
Data Not Provided

Originator Information:
Name:    WASHAKIE RENEWABLE ENERGY, LLC
Address: 3900 S 670 E STE 300
         SALT LAKE CITY, UT 84107 US
ID / Account Number:

Internal Reference:

Intermediary Bank Information:
Data Not Provided

Audit Trail Information:
Created By: RACHEL December 28, 2015 03:28:13 PM ET.
Verified By: ISAIAH December 28, 2015 03:30:45 PM ET
Verify-3 By:
Rejected By: N/A

Last Modified By: RACHEL December 28, 2015 03:28:13 PM ET.
Verify-2 By:
Verify-4 By:

### Total By Status

|                    | Total Debits USD | Total Credits USD | Total Transactions |
|--------------------|------------------|-------------------|--------------------|
| Status: Confirmed  | 6,900,000.00     | 0.00              | 1                  |
| Grand Total:       | 6,900,000.00     | 0.00              | 1                  |

| Privacy, Security & Legal |
© Copyright 2002-2015 Wells Fargo. All rights reserved.