Scott C. Williams, Utah State Bar #6687
SCOTT C. WILLIAMS, LLC
43 East 400 South
Salt Lake City, UT 84111
Telephone: (801) 220-0700
Fax: (801) 364-3232
Email: scwlegal@gmail.com

Attorney for Isaiah Elden Kingston

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ISAIAH ELDEN KINGSTON,**<br><br>**Defendant.** | **DEFENDANT'S MOTION FOR REVIEW OF DETENTION BY THE DISTRICT COURT**<br><br>**Case No. 2:18-cr-365-JNP**<br><br>**Honorable Judge Jill N. Parrish**<br>**Magistrate Judge Brooke C. Wells** |

Defendant Isaiah Kingston, by and through his attorney, Scott C. Williams, hereby appeals Magistrate Judge Brooke C. Well's order on detention made on August 31, 2018 under 18 U.S.C. 3143, et. seq. This motion is made pursuant to DUCrimR 57-16(a)(1). Defendant respectfully requests that this Court engage in the appropriate *de novo* review, and ultimately find that the Defendant may be released upon appropriate conditions or combination of conditions pursuant to Bail Reform Act that will reasonably assure the appearance of the Defendant and the safety of any other person and the community.

.

1

Respectfully submitted this 4th day of September, 2018.

/s/ Scott C. Williams          .

Scott C. Williams

Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Arthur Ewenczyk

John E. Sullivan

Leslie A. Goemaat

/s/ Jayme Mackay          .