SCOTT C. WILLIAMS (6687)
43 East 400 South
Salt Lake City, Utah 84lll
Telephone: (801)220-0700
Facsimile: (801) 364-3232
scwlegal@gmail.com

Attorney for Defendant Isaiah Kingston

UNITED STATES DISTRICT COURT
CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAIAH ELDEN KINGSTON,<br><br>    Defendant. | DEFENDANT ISAIAH KINGSTON'S RESPONSE TO ORDER TO BRIEF DETENTION ISSUE<br><br>Case No. 2:18-cr-365-JNP<br><br>District Court Judge Jill N. Parrish<br>Magistrate Judge Brooke Wells |

    Defendant Isaiah Kingston, provides the following memorandum in response to this Court's Order (ECF No. 191) that the parties brief statutory and constitutional issues surrounding pre-trial detention.

    Isiah Kingston has presented relevant points and authorities in previously filed memoranda, including his Motion for *de novo* review of Magistrate Judge Well's denial of his motion for reconsideration of detention (ECF No. 189), which is currently pending before this Court, and to which the Government has not responded. He respectfully requests that this Court incorporate those pleadings by reference.

    As to the specific issues which were addressed in this Court's order, Isaiah Kingston agrees

1

with the points and authorities, the analyses, and the conclusions presented in Defendant Lev Dermen's Response to Order to Brief Detention Issue (ECF No. 200).  He sees no reason to duplicate the contents of that brief, and hereby respectfully requests that this Court adopt that brief as the position of Isaiah Kingston on the subject, and incorporated it herein.

Respectfully submitted this 25th day of February, 2019.

/s/ Scott C. Williams
Scott C. Williams
Attorney for Defendant Isaiah Kingston

DELIVERY CERTIFICATE

I certify that a true and correct copy of the foregoing was caused to be delivered, through electronic filing, to the following:

leslie.a.goemaat@usdoj.gov
richard.m.rolwing@usdoj.gov
arthur.j.ewenczyk@usdoj.gov
john.e.sullivan@usdoj.gov

on the 25th day of February, 2019.

/s/ Scott C. Williams