JOHN W. HUBER, United States Attorney (#7226)
LESLIE A. GOEMAAT, Special Assistant United States Attorney (MA #676695)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: leslie.a.goemaat@usdoj.gov
       richard.m.rolwing@usdoj.gov
       arthur.j.ewenczyk@usdoj.gov
       john.e.sullivan@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:18-CR-365-JNP-BCW |
| Plaintiff, | : | |
| v. | : | MOTION TO SEAL GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE |
| JACOB ORTELL KINGSTON, ISAIAH ELDEN KINGSTON, and LEV ASLAN DERMEN, | : | |
| a/k/a Levon Termendzhyan, RACHEL ANN KINGSTON SALLY LOUISE KINGSTON | | District Judge Jill N. Parrish Magistrate Judge Brooke C. Wells |
| | : | |
| Defendants. | : | |

The United States of America moves this Court for an order sealing the government's motion to continue trial date, filed as ECF 452, because the motion to continue trial date makes reference to sealed items and sensitive witness information.

Respectfully submitted this 19th, July 2019,

                                       */s/ Leslie A. Goemaat*
                                       ARTHUR J. EWENCZYK
                                       LESLIE A. GOEMAAT

RICHARD M. ROLWING
Special Assistant United States Attorneys
JOHN E. SULLIVAN
Senior Litigation Counsel

<u>Certificate of Service</u>

      I certify that on the 19th day of July 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

                                                <u>*/s/ Leslie A. Goemaat*</u>
                                                LESLIE A. GOEMAAT
                                                Special Assistant United States Attorney