**UNITED STATES PROBATION OFFICE**
**FOR THE DISTRICT OF UTAH**

**Petition and Order for Action on Conditions of Pretrial Release**

Name of Defendant:  Isaiah Elden Kingston          Docket Number:   2:18CR00365-002

Name of Judicial Officer:     Honorable Jill N. Parrish
                              U.S. District Judge

Date of Release:    March 24, 2020

## PETITIONING THE COURT

To remove the conditions of pretrial release as follows:

- Participate in one of the following location restriction program components and abide by its requirements as the pretrial officer instructs.
    - Curfew: You are restricted to your residence every day from 7:00 p.m. to 8:00 a.m.
- Be monitored by the form of location monitoring indicated below and abide by all technology and program requirements.
    - Global Positioning Satellite (GPS) Monitoring.

## CAUSE

The above-named defendant was released under pretrial supervision on March 24, 2020. Since his release, he has complied fully with the above-noted conditions, as well as all other conditions of release. In addition, he has maintained the same employment and residence since his release. Based on his compliance and performance and pursuant to 18 U.S.C. 3142 (c)(1)(B), it appears the location monitoring (Curfew and GPS tracking) conditions is no longer required to meet the least restrictive combination of conditions, to ensure his appearance or him endangering the safety of any other person or the community.

On August 17, 2020, the undersigned officer contacted the Assistant United States Attorney assigned to this case, as well as legal counsel for the defendant. Defense counsel responded and indicted he was in support of the request to remove the noted conditions. The Assistant United States Attorney has not responded to advise the officer of his position on this matter. Should the Court have questions regarding this matter or desire additional information please contact the officer, via telephone, at 801-535-2717.

I declare under penalty of perjury that the foregoing is true and correct.

By     Zachary C. McBride
       U.S. Pretrial Services Officer
       Date:  August 26, 2020

Isaiah Elden Kingston<br>2:18CR00365-002

**THE COURT ORDERS:**

☐ No action
☐ Other: _____
☒ That the conditions or pretrial release be amended as outlined above

*[signature: Jill N. Parrish]*
Honorable Jill N. Parrish
U.S. District Judge

Date: ___August 27, 2020___