FILED
2021 MAY 28 AM 10:53
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>　　　　Defendants. | ORDER TO UNSEAL DOCUMENT<br><br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish |

The court ORDERS the clerk of court to unseal Docket Number 1237 in this case.

DATED May 28, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge